IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BEVERLY JO JONES,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 07-00060-WS-M |
| **J. JERRY PILGRIM,** *et al.*, | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice for lack of subject matter jurisdiction.

**DONE** and **ORDERED** this 13th day of April, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE