IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BEVERLY JO JONES,** | : |
| Plaintiff, | : |
| vs. | :    **CIVIL ACTION 07-00060-WS-M** |
| **J. JERRY PILGRIM,** *et al.*, | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERE**D, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice for lack of subject matter jurisdiction, no costs to be taxed.

**DONE** and **ORDERED** this 13th day of April, 2007.

                         s/WILLIAM H. STEELE
                         UNITED STATES DISTRICT JUDGE